No. 01–8121. McKire v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 01–8122. Emory v. Memphis City Schools et al. C. A. 6th Cir. Certiorari denied.

No. 01–8124. Carter v. Vaughn, Superintendent, State Correctional Institution at Graterford, et al. C. A. 3d Cir. Certiorari denied.

No. 01–8126. Elder v. California Department of Corrections et al. C. A. 9th Cir. Certiorari denied.

No. 01–8136. Collier v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 01–8137. Robinson v. Walter et al. C. A. 7th Cir. Certiorari denied.

No. 01–8138. Smith v. Snyder. Ct. App. Kan. Certiorari denied.

No. 01–8139. Chamberlain v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–8141. Erdman v. Kapture, Warden. C. A. 6th Cir. Certiorari denied.

No. 01–8142. Egbert v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 01–8145. Earls v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 01–8149. Green v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8150. Fredrick v. Latson et al. C. A. 11th Cir. Certiorari denied.

No. 01–8152. Nickleberry v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.